IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Jiehao Pan,<br><br>                            Plaintiff,<br><br>v.<br><br>Laura B. Zuchowski, in her Official Capacity, Director of the Vermont Service Center, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security;<br><br>L. Francis Cissna, in his Official Capacity, Director, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security;<br><br>Kevin McAleenan, in his Official Capacity, Acting Secretary, U.S. Department of Homeland Security;<br><br>U.S. Citizenship and Immigration Services;<br><br>U.S. Department of Homeland Security,<br>                            Defendants. | Case No. 1:19-CV-10675-IT |

## **AFFIDAVIT OF SERVICE ON ANDREW E. LELLING**

I, Jesse M. Bless, state under the penalties of perjury as follows:

1. I am over eighteen years old;

2. I am an attorney at Jeff Goldman Immigration, LLP, in Salem, Massachusetts;

3. I represent the Plaintiff in this matter;

4. In accordance with the Federal Rules of Civil Procedure, on April 10, 2019, I served a copy of the Complaint and Summons upon the Defendant, Andrew E. Lelling, via certified mail;

5. The return receipt for delivery reflects that the Complaint and Summons were delivered and received on April 11, 2019, as evidenced by the attached receipt.

SIGNED UNDER THE PENALTIES OF PERJURY.

Date: 4/15/2019

_____
JESSE M. BLESS



**April 10, 2019**

**BY CERTIFIED MAIL RETURN RECEIPT REQUESTED**

Re: *Jiehao Pan. v. Laura B. Zuchowski, ET AL., in her official capacity as Director of the Vermont Service Center, United States Citizenship and Immigration Services, United States Department of Homeland Security, et. al.*
Case Number CV 1:19-CV-10675-IT

Andrew E. Lelling,
U.S. Attorney General for the District of Massachusetts
1 Courthouse Way
Suite 9200
Boston, MA 02210

On behalf of my client, Jiehao Pan, please find the following enclosed: a copy of the complaint including the Civil Cover Sheet and summons for the Defendants. Thank you for your timely attention to this matter. If you have any questions or concerns, please do not hesitate to contact me.

Respectfully Submitted,

Jesse M. Bless
Attorney for Plaintiff
(c) 781-704-3897
jesse@jeffgoldmanimmigration.com

Cambridge Innovation Center
One Broadway (Kendall Square)
Cambridge, MA 02142
TEL: 978.219.5040
FAX: 617.977.0928

Bovet Professional Center
155 Bovet Road, Suite 302
San Mateo, CA 94402
TEL: 650.293.0900
FAX: 650.523.4387

*All correspondence goes to:*
Jeff Goldman Immigration
125 Washington Street
Suite 204
Salem, MA 01970

**Jeff Goldman Immigration**
www.jeffgoldmanimmigration.com



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

BOSTON, MA 02210

| | |
|---|---|
| Certified Mail Fee | $3.50 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $8.75 |
| Total Postage and Fees | $15.05 |

Postmark Here — APR 10 2019 — 04/10/2019

Sent To: Andrew E. Lelling, U.S. Attorney General for the District of Massachusetts
Street and Apt. No.: 1 Courthouse Way, Suite 9200
City, State, ZIP+4: Boston, MA 02210

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7018 1830 0002 3483 8705

---

# USPS Tracking®

Tracking | FAQs >

**Track Another Package** +

Tracking Number: 70181830000234838705

Remove X

**On Time**

**Expected Delivery on**

**THURSDAY**
**11** APRIL 2019 ⓘ   by **8:00pm** ⓘ

**Status**

 **Delivered**

April 11, 2019 at 11:01 am
Delivered, Left with Individual
BOSTON, MA 02210

Get Updates ∨

Delivered