# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Jiehao Pan,<br><br>                    Plaintiff,<br><br>v.<br><br>Laura B. Zuchowski, in her Official Capacity, Director of the Vermont Service Center, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security;<br><br>L. Francis Cissna, in his Official Capacity, Director, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security;<br><br>Kevin McAleenan, in his Official Capacity, Acting Secretary, U.S. Department of Homeland Security;<br><br>U.S. Citizenship and Immigration Services;<br><br>U.S. Department of Homeland Security,<br><br>                    Defendants. | Case No. 1:19-CV-10675-IT |

## AFFIDAVIT OF SERVICE ON UNITED STATES DEPARTMENT OF HOMELAND SECURITY

I, Jesse M. Bless, state under the penalties of perjury as follows:

1. I am over eighteen years old;

2. I am an attorney at Jeff Goldman Immigration, LLP, in Salem, Massachusetts;

3. I represent the Plaintiff in this matter;

4. In accordance with the Federal Rules of Civil Procedure, on April 10, 2019, I served a copy of the Complaint and Summons upon the Defendant, United States Department of Homeland Security, via certified mail;

5. The return receipt for delivery reflects that the Complaint and Summons were delivered and received on April 12, 2019, as evidenced by the attached receipt.

SIGNED UNDER THE PENALTIES OF PERJURY.

Date: 4/15/2019

JESSE M. BLESS



**Jeff Goldman Immigration**

April 10, 2019

**BY CERTIFIED MAIL RETURN RECEIPT REQUESTED**

Re:   *Jiehao Pan. v. Laura B. Zuchowski, ET AL., in her official capacity as Director of the Vermont Service Center, United States Citizenship and Immigration Services, United States Department of Homeland Security, et. al.*
Case Number CV 1:19-CV-10675-IT

United States Department of Homeland Security
245 Murray Lane SW
Washington, DC 20538

On behalf of my client, Jiehao Pan, please find the following enclosed: a copy of the complaint including the Civil Cover Sheet and summons for the Defendants. Thank you for your timely attention to this matter. If you have any questions or concerns, please do not hesitate to contact me.

Respectfully Submitted,

Jesse M. Bless
Attorney for Plaintiff
(c) 781-704-3897
jesse@jeffgoldmanimmigration.com

Cambridge Innovation Center
One Broadway (Kendall Square)
Cambridge, MA 02142
TEL: 978.219.5040
FAX: 617.977.0928

Bovet Professional Center
155 Bovet Road, Suite 302
San Mateo, CA 94402
TEL: 650.293.0900
FAX: 650.523.4387

*All correspondence goes to:*
Jeff Goldman Immigration
125 Washington Street
Suite 204
Salem, MA 01970

**Jeff Goldman Immigration**
www.jeffgoldmanimmigration.com



